FORM nreaf

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 4:20−bk−08639−SHG

ELSA ADELINA FRANCO  Chapter: 7
1052 CIRCULO AVENTURA
RIO RICO, AZ 85648
SSAN: xxx−xx−4966
EIN:

Debtor(s)

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

NOTICE IS HEREBY GIVEN that:

A hearing in the above−entitled cause will be held at the U.S. Bankruptcy Court, before the Honorable Scott H. Gan on 12/7/20 at 01:30 PM to consider and act upon a Reaffirmation Agreement with:

DEBTOR'S APPLICATION FOR REAFFIRM DEBT WITH HUGHES FEDERAL CREDIT UNION RE: 2017 FORD ESCAPE.

Interested parties are to appear via Zoomgov.com by going to
https://www.zoomgov.com, clicking "Join a meeting," and entering ID 160 493 4727. Enter your first and last name, passcode 294957, and click on "Join Meeting" when prompted.
Alternatively, interested parties may click on the hearing link listed below:
https://www.zoomgov.com/j/1604934727?pwd=cjhRRnFGMVFKV0VGYWxwcWdVU1Z0QT09.

Date: November 9, 2020

Address of the Bankruptcy Clerk's Office:  Clerk of the Bankruptcy Court:
U.S. Bankruptcy Court, Arizona
38 S. Scott Avenue  George Prentice
Tucson, AZ 85701−1704
Telephone number: (520) 202−7500
www.azb.uscourts.gov